IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 MAY -9  PM 3:49

O. *ICE OF THE CLERK

RANDALL S. KRAUSE,

　　　　　　　　　　　Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY
OF NEBRASKA, a public body corporate,

　　　　　　　　　　　Defendant.

*Rec #8037866*

*8:16 CV 204*

**COMPLAINT**

## INTRODUCTION

1.　　This is a citizen suit for declaratory and injunctive relief under section 7002(a)(1)(A) of the Resource Conservation and Recovery Act ("RCRA") against the Board of Regents of the University of Nebraska (the "University").

2.　　As detailed below, Plaintiff ("Krause") alleges that mass balloon releases promoted by the University result in the open dumping of solid waste, which is prohibited under section 4005 of RCRA.

## JURISDICTION

3.　　This Court has subject matter jurisdiction pursuant to RCRA § 7002(a)(1)(A), 42 U.S.C. § 6972(a)(1)(A).

4.　　This Court also has federal question jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under RCRA, 42 U.S.C. §§ 6901-6992k, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

## VENUE

5.      Venue properly vests in this Court pursuant to 28 U.S.C. § 1391 because the alleged violations of RCRA occurred and continue to occur within the state of Nebraska.

## PARTIES

6.      The Board of Regents of the University of Nebraska has constitutional and statutory power for general supervision over all elements of the University, control and direction of all expenditures, and for general operating policies of the University.

7.      Krause resides in Omaha, Nebraska, and seeks to protect children and wildlife in Nebraska and the United States.

## STATUTORY AND REGULATORY FRAMEWORK

8.      RCRA § 7002(a)(1)(A), 42 U.S.C. § 6972(a)(1)(A), provides that citizens may commence a citizen suit "against any person (including (a) the United States, and (b) any other governmental instrumentality or agency, to the extent permitted by the eleventh amendment to the Constitution) who is alleged to be in violation of any permit, standard, regulation, condition, requirement, prohibition, or order which has become effective pursuant to [RCRA]."

9.      RCRA prohibits "any solid waste management practice or disposal of solid waste...which constitutes the open dumping of solid waste..." RCRA § 4005(a), 42 U.S.C. § 6945(a).

10.     Under RCRA, the term "disposal" means "the discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste into or on any land or water so that such solid waste or hazardous waste or any constituent thereof may enter the environment or be emitted into the air or discharged into any waters, including ground waters."  RCRA § 1004(3), 42 U.S.C. § 6903(3)

11.     RCRA defines "solid waste" as "any garbage, refuse, sludge from a waste treatment plant, water supply treatment plant, or air pollution control facility and other discarded material, including solid, liquid, semisolid, or contained gaseous material resulting from industrial, commercial, mining, and agricultural operations, and from community activities..."  RCRA § 1004(27), 42 U.S.C. § 6903(27).

12.     40 CFR § 257.1(a)(2) states that "Practices failing to satisfy any of the criteria in [40 CFR] §§ 257.1 through 257.4 or §§ 257.5 through 257.30 or §§ 257.50 through 257.107 constitute open dumping, which is prohibited under section 4005 of [RCRA]."

13.     40 CFR § 257.3-2(a) states that "Facilities or practices shall not cause or contribute to the taking of any endangered or threatened species of plants, fish, or wildlife."

14.     40 CFR § 257.3-2(c)(1) states that "*Endangered or threatened species* means any species listed as such pursuant to section 4 of the Endangered Species Act."

15.     40 CFR § 257.3-2(c)(3) states that "*Taking* means harassing, harming, pursuing, hunting, wounding, killing, trapping, capturing, or collecting or attempting to engage in such conduct."

16.     40 CFR § 257.3-8(d) states that "A facility or practice shall not allow uncontrolled public access so as to expose the public to potential health and safety hazards at the disposal site."

## NOTICE

17.     Dr. Hank M. Bounds, the president of the University of Nebraska, received the original and supplemental notices of Krause's intent to sue by registered mail, return receipt requested on February 25 and March 7 of 2016, respectively. Exhibits A and B. Krause also mailed a copy of the notices to the Administrator of the United States Environmental Protection Agency ("EPA"), the Regional Administrator for EPA Region 7,

and the Administrator of the Nebraska Department of Environmental Quality Waste Management Division in accordance with 40 CFR § 254.2(a)(2).

18.    Sixty days have passed since Mr. Bounds received the supplemental notice and no one from the University has communicated with Krause about the violations complained of in the notices.  The mass balloon releases will likely continue.  Neither EPA nor the State of Nebraska is diligently prosecuting a civil or criminal action to redress the violations.

## FACTS

### The Practice

19.    For at least the past 50 years, the University has promoted mass balloon releases during football games at Memorial Stadium on the campus of the University of Nebraska-Lincoln, home of the "Huskers."

20.    Hours before kickoff, the University fills thousands of 11" diameter latex balloons with helium and ties a poly ribbon to each one (Fig. 1).  The ribbons average about 4 feet in length.  The balloons bear a University logo and are commonly referred to as "Husker balloons."    The University distributes the balloons to fans entering the game.  The intended purpose of the balloons is to enhance the fan experience.



Fig. 1: Poly Ribbon

21.    After the Huskers score their first points, it is traditional for the fans to release the balloons into the air (Fig. 2).  The balloons serve their intended purpose in the air until the fans can no longer see them.  Once the balloons are out of sight of the fans, they can no longer serve their intended purpose.

22.    The University makes no attempt to recover balloons that fly beyond its property.



Fig. 2: Husker balloons take flight.

### The Flight

23.    After they are released, Husker balloons are carried away by the wind and forces of nature.   Virtually all Husker balloons fly beyond University property.

24.   As a Husker balloon rises, it expands due to decreasing atmospheric pressure (Fig. 3).  Depending on the amount of helium it has, it will either expand and pop, or expand *without* popping.



Fig. 3

25.    Husker balloons either pop in the air or land intact somewhere.

26.    Virtually all Husker balloons that pop in the air, expand and pop in the upper atmosphere.  Husker balloons that land intact expanded *without* popping.

27.     Due to the prevailing winds, Husker balloons' displacement has an eastward component.  A Husker balloon that does not pop during its flight can land anywhere in the United States east of a meridian that passes through Lincoln, Nebraska.  Husker balloons can even land in the Great Lakes, Gulf of Mexico, and Atlantic Ocean.  Husker balloons that pop in the upper atmosphere have a lesser range, but they can still travel hundreds of miles horizontally before reaching the altitudes where they pop (Fig. 4).



Fig. 4:  Husker balloons can land anywhere in the shaded area.

## The Fall

28.     Large, medium, small, and tiny pieces fall to earth when helium-filled, Husker-type 11" diameter latex balloons pop in the upper atmosphere.

29.     Approximately 82% of the mass that falls to earth when Husker-type balloons pop in the upper atmosphere consists of large pieces that typically have a radial fraying around a central circular mass.  These large pieces have, on average, half the mass of a whole balloon (Fig. 5).



Fig. 5: Large pieces after Husker-type balloons pop in upper atmosphere.
(Photo: http://tigerprints.clemson.edu/all_dissertations/959/)

30.    Approximately 6% of the mass that falls to earth when Husker-type balloons pop
in the upper atmosphere consists of medium-sized pieces of various shapes ranging from
2.5 to 5.0 cm² in total area (Fig. 6).



Fig. 6: Medium-sized pieces after Husker-type balloons pop in upper atmosphere.
(Photo: http://tigerprints.clemson.edu/all_dissertations/959/)

31.    Approximately 9% of the mass that falls to earth when Husker-type balloons pop in the upper atmosphere consists of small pieces shredded into thin, 0.50 to 2.50 cm long ribbons (Fig. 7).



Fig. 7: Small pieces after Husker-type balloons pop in upper atmosphere.
(Photo: http://tigerprints.clemson.edu/all_dissertations/959/)

32.    Approximately 3% of the mass that falls to earth when Husker-type balloons pop in the upper atmosphere consists of tiny pieces small enough to pass through a 2 mm mesh.

## The Trash

33.    Husker balloons become "discarded material" and thus "solid waste" under RCRA § 1004(27) by virtue of being abandoned after they have served their intended purpose.

34.    Husker balloons become solid waste the moment they are out of sight of the fans.

35.    The wind and forces of nature dispose of Husker balloons by placing them on land and water where the balloons become part of the environment.  Figure 8 shows balloons in a similar condition.



Fig. 8:  Balloon trash.
(Photo: http://www.fws.gov/news/blog/index.cfm/2015/8/5/
Balloons-and-Wildlife-Please-Dont-Release-Your-Balloons)

36.    Releasing Husker balloons results in their transformation into solid waste and disposal by the wind and forces of nature.  The portion of the United States east of a meridian that passes through Lincoln, Nebraska, is the disposal site for Husker balloons.

## The Problem

37.    Husker balloons are made from latex rubber that retains its elasticity for 8-10 weeks when exposed to air and beyond five months when submerged in water.  The poly ribbons tied to Husker balloons are petroleum-based and are not biodegradable.

38.    Balloon ribbons represent a serious threat to wildlife through entanglement.  Birds,
turtles, and other wildlife have become entangled in balloon ribbons, and have been
strangled, incapacitated, or lost limbs (Figs. 9-11).



Fig. 9: Turtle entangled in balloon ribbons. Note injury to flipper.
(Photo: http://www.waltonoutdoors.com/balloon-releases-take-a-toll-on-wildlife/)



Fig. 10                                                                                          Fig. 11



Fig. 10-11: Birds strangled by balloon ribbons.
(Photos: http://www.fws.gov/news/blog/index.cfm/2015/8/5/
Balloons-and-Wildlife-Please-Dont-Release-Your-Balloons)

39.    Linear foreign bodies, such as balloon ribbons, have been observed to cause intestinal perforation and death in animals.  Wildlife commonly mistake latex balloons for food.  When wild animals eat latex balloons with the ribboons still attached, they can be harmed and even killed.  (Figs. 12-13).



Fig. 12:  Turtle ingested balloon with ribbon attached.
(Photo: http://marinedebris.noaa.gov/addressing-rising-concern-balloon-debris)



Fig. 13:  Turtle killed by balloon with ribbon attached.
(Photo: http://www.fws.gov/news/blog/index.cfm/2015/8/5/
Balloons-and-Wildlife-Please-Dont-Release-Your-Balloons)

40.    The mass release of Husker balloons puts virtually all species of birds, turtles, marine mammals, and small animals that live at the disposal site in harm's way.  There is no doubt that the mass balloon releases at Memorial Stadium cause or contribute to the taking of endangered or threatened wildlife in violation of 40 CFR § 257.3-2. Endangered and threatened wildlife put in harm's way by the mass release of Husker balloons include:

| | |
|---|---|
| Florida Bonneted Bat | Piping Plover |
| Gray Bat | Southwestern Willow Flycatcher |
| Indiana Bat | Red Knot |
| Mexican Long-nosed Bat | West Indian Manatee |
| Northern long-eared Bat | Alabama Beach Mouse |
| Ozark Big-eared Bat | Anastasia Island Beach Mouse |
| Virginia Big-eared Bat | Choctawhatchee Beach Mouse |
| Audubon's Crested Caracara | Key Largo Cotton Mouse |
| Mississippi Sandhill Crane | Perdido Key Beach Mouse |
| Whooping Crane | Southeastern Beach Mouse |
| Yellow-billed Cuckoo | St. Andrew Beach Mouse |
| Eskimo Curlew | Mexican Spotted Owl |
| Northern Aplomado Falcon | Alabama Red-belly Turtle, |
| Black-footed Ferret | Northern Bog Turtle |
| Attwater's Greater Prairie-chicken | Flattened Musk Turtle |
| Lesser Prairie-chicken | Gopher Tortoise |
| Lower Keys Marsh Rabbit | Plymouth Red-belly Turtle |
| Lower Keys Rice Rat | Ringed Map Turtle |
| Florida Scrub-jay | Yellow-blotched Map Turtle |
| Green Sea Turtle | Black-capped Vireo |
| Hawksbill Sea Turtle | Florida Salt Marsh Vole |
| Kemp's Ridley Sea Turtle | Bachman's Warbler |
| Leatherback Sea Turtle | Golden-cheeked Warbler |
| Loggerhead Sea Turtle | Kirtland's Warbler |
| Cape Sable Seaside Sparrow | Finback Whale |
| Florida Grasshopper Sparrow | Humpback Whale |
| Carolina Northern Flying Squirrel | North Atlantic Right Whale |
| Wood Stork | Ivory-billed Woodpecker |
| Least Interior Tern | Red-cockaded Woodpecker |
| Roseate Tern | Key Largo Woodrat |

41.     Of all children's products, balloons are the leading cause of suffocation death, according to Consumer Product Safety Commission injury data.

42.     16 CFR 1500.19(b)(2) requires that latex balloon packages bear the following cautionary statement:

⚠ **WARNING:**

**CHOKING HAZARD--Children under 8 yrs. can choke or suffocate on uninflated or broken balloons. Adult supervision required.**

**Keep uninflated balloons from children. Discard broken balloons at once.**

43.     Husker balloons do not bear a cautionary statement.

44.     Children under 8 years commonly put things in their mouths (Fig. 14).

45.     Husker balloons land intact and in pieces where children under 8 years have uncontrolled access to them.

46.     Husker balloons that do not pop will eventually deflate.  Children under 8 years can choke or suffocate on deflated Husker balloons if they put them in their mouths.



47.     Children under 8 years can choke or suffocate on pieces from popped Husker balloons if they put them in their mouths.

48.     Because Husker balloons can land intact or in pieces where children under 8 years have uncontrolled access to them, the mass balloon releases at Memorial Stadium expose the public to potential health and safety hazards at the disposal site in violation of 40 CFR § 257.3-8(d).

Fig. 14

## CONCLUSION

49.    The mass balloon releases at Memorial Stadium result in solid waste disposal that fails to satisfy the criteria in 40 CFR § 257.3-2 and 40 CFR § 257.3-8(d), which constitutes the open dumping of solid waste.

## RELIEF REQUESTED

50.    Krause asks the Court to declare that the mass balloon releases during football games at Memorial Stadium result in the open dumping of solid waste, which is prohibited under section 4005 of RCRA.  Krause asks the Court to issue an injunction enjoining the University from promoting mass balloon releases during football games at Memorial Stadium.

## TRIAL METHOD

51.    Krause requests a bench trial.

## VERIFICATION

52.    I declare under penalty of perjury that the foregoing is true and correct.

5/9/16
Date Executed

Randall S. Krause
604 S. 22nd St. Apt. 515
Omaha, NE 68102
Telephone No. (402) 206-7045
Email: krause_randall@hotmail.com

RANDALL S. KRAUSE

v.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA

# Exhibits with Complaint

Exhibit A: <u>Notice of Intent to Sue</u> dated February 24, 2016 (3 pages).

Exhibit B: <u>Supplemental Notice of Intent to Sue</u> dated March 5, 2016 (3 pages).

Randall S. Krause
604 S. 22nd Street, Apt. 515
Omaha, NE  68102
Ph. (402) 206-7045
Email: krause_randall@hotmail.com

By Registered Mail, Return Receipt Requested

February 24, 2016

Dr. Hank M. Bounds, President
University of Nebraska
3835 Holdrege Street
Lincoln, NE  68583-0745

> Re:   Notice of Intent to Sue

Dear Dr. Bounds:

Sixty days after you receive this notice, Randall S. Krause ("Krause") intends to file a citizen suit under § 7002(a)(1)(A) of the Resource Conservation and Recovery Act ("RCRA") against the Board of Regents of the University of Nebraska (the "University") in the U.S. District Court for the District of Nebraska for violating the prohibition against open dumping in RCRA § 4005(a) and 40 CFR § 257.3-2.  This notice is being sent to you because you are the chief executive officer of the University.

For at least the past 50 years, it has been the practice of the University to facilitate and encourage the release of helium-filled balloons during football games at Memorial Stadium in Lincoln, Nebraska, home of the "Huskers." Before the game, the University distributes thousands of helium-filled balloons with strings tied to them to fans entering the stadium. After the Huskers score their first points, it is traditional for the fans to release the balloons into the air.

The purpose of the balloon release is to enhance the fan experience.  After the balloons have served their intended purpose they are carried away by the wind and become "discarded materials" and thus "solid waste" under RCRA § 1004(27).  They become discarded materials by virtue of being abandoned after they have served their intended purpose.  The University makes no attempt to recover the balloons once they go beyond University property.

Either in pieces or intact, all of the balloons eventually come back to earth.  On the earth they become a hazard to wildlife.  Birds, turtles and other animals commonly mistake balloons for food, which can harm or even kill them. In addition, many animals can become entangled in

balloon strings, which can strangle them or hurt their feet and hands. Some of the animals harmed by balloon releases in the United States are listed as endangered or threatened by the federal government.

Because the balloons released at Memorial Stadium can travel hundreds or even thousands of miles before they land, there is no doubt that the University causes or contributes to the harming, wounding, and killing of endangered and threatened species of wildlife listed pursuant to section 4 of the Endangered Species Act. The list of endangered and threatened species in the United States can be found at http://www.fws.gov/endangered/species/us-species.html.

Krause will seek a declaration from the Court that the University's practice of facilitating and encouraging the release of helium-filled balloons violates the prohibition against open dumping in RCRA § 4005(a) and 40 CFR § 257.3-2. Krause will also seek an injunction enjoining the University from facilitating and encouraging the release of helium-filled balloons.

Sincerely,

Randall S Krause

Randall S. Krause


cc:   Gina McCarthy, Administrator of the U.S. Environmental Protection Agency (EPA)
      Mark Hague, Regional Administrator for EPA Region 7
      David Haldeman, Nebraska Department of Environmental Quality Waste Management
      Division Administrator

Exhibit A



Registered No. RB 302415794 US

Reg. Fee RB3024157
Handling Charge $0.49
Postage $12.20
Received by $2.80
$0.00

Customer Must Declare Full Value $ $15.49
$0.00   02/24/2016

Return Receipt
Restricted Delivery

Date Stamp

FEB 24 2016

Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
Randall S. Krause
604 S. 22nd St. Apt. 515
Omaha, NE 68102

TO
Hank M. Bounds
President, Univ. of Nebraska
3835 Holdrege St.
Lincoln, NE 68583·0745

PS Form **3806**, **Receipt for Registered Mail**   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Hank M. Bounds
President, Univ. of Nebraska
3835 Holdrege St.
Lincoln, NE 68583-0745

9590 9403 0513 5173 4635 59

2. Article Number (Transfer from service label)
RB 302415794 US

PS Form **3811**, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☑ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
2-25-16

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Randall S. Krause
604 S. 22nd Street, Apt. 515
Omaha, NE  68102
Ph. (402) 206-7045
Email: krause_randall@hotmail.com

By Registered Mail, Return Receipt Requested

March 5, 2016

Dr. Hank M. Bounds, President
University of Nebraska
3835 Holdrege Street
Lincoln, NE  68583-0745

      Re:    Supplemental Notice of Intent to Sue

Dear Dr. Bounds:

The purpose of this supplemental notice is to identify the endangered or threatened wildlife put in harm's way by the University's practice of facilitating and encouraging the release of thousands of helium-filled balloons during Husker football home games at Memorial Stadium.  This supplemental notice also identifies the geographical area where endangered or threatened wildlife are put in harm's way.  Lastly, this notice will identify an additional federal regulation that the University violates by facilitating and encouraging the release of helium-filled balloons.

Due to the prevailing winds, the endangered or threatened wildlife put in harm's way by the University's practice include all of the species of birds, turtles, marine mammals, and small animals listed pursuant to section 4 of the Endangered Species Act in states east of a meridian that passes through Lincoln, Nebraska.  These species include:

| | |
|---|---|
| Florida Bonneted Bat | Piping Plover |
| Gray Bat | Southwestern Willow Flycatcher |
| Indiana Bat | Red Knot |
| Mexican Long-nosed Bat | West Indian Manatee |
| Northern long-eared Bat | Alabama Beach Mouse |
| Ozark Big-eared Bat | Anastasia Island Beach Mouse |
| Virginia Big-eared Bat | Choctawhatchee Beach Mouse |
| Audubon's Crested Caracara | Key Largo Cotton Mouse |
| Mississippi Sandhill Crane | Perdido Key Beach Mouse |
| Whooping Crane | Southeastern Beach Mouse |
| Yellow-billed Cuckoo | St. Andrew Beach Mouse |
| Eskimo Curlew | Mexican Spotted Owl |
| Northern Aplomado Falcon | Alabama Red-belly Turtle |
| Black-footed Ferret | Northern Bog Turtle |
| Attwater's Greater Prairie-chicken | Flattened Musk Turtle |
| Lesser Prairie-chicken | Gopher Tortoise |

| | |
|---|---|
| Lower Keys Marsh Rabbit | Plymouth Red-belly Turtle |
| Lower Keys Rice Rat | Ringed Map Turtle |
| Florida Scrub-jay | Yellow-blotched Map Turtle |
| Green Sea Turtle | Black-capped Vireo |
| Hawksbill Sea Turtle | Florida Salt Marsh Vole |
| Kemp's Ridley Sea Turtle | Bachman's Warbler |
| Leatherback Sea Turtle | Golden-cheeked Warbler |
| Loggerhead Sea Turtle | Kirtland's Warbler |
| Cape Sable Seaside Sparrow | Finback Whale |
| Florida Grasshopper Sparrow | Humpback Whale |
| Carolina Northern Flying Squirrel | North Atlantic Right Whale |
| Wood Stork | Ivory-billed Woodpecker |
| Least Interior Tern | Red-cockaded Woodpecker |
| Roseate Tern | Key Largo Woodrat |

The University also violates 40 CFR § 257.3-8(d) by facilitating and encouraging the release of helium-filled balloons. After the balloons have served their intended purpose they are disposed of by the wind and forces of nature and become "discarded materials" and "solid waste" under RCRA § 1004(27). Due to the prevailing winds, the disposal site is the geographical area east of a meridian that passes through Lincoln, Nebraska.

Of all children's products, balloons are the leading cause of suffocation death, according to Consumer Product Safety Commission injury data. 16 CFR 1500.19(b)(2) requires that latex balloon packages bear the following cautionary statement:

⚠**WARNING**

CHOKING HAZARD—Children under eight yrs. can choke or suffocate on uninflated or broken balloons. Adult supervision required.

Keep uninflated balloons from children. Discard broken balloons at once.

By facilitating and encouraging the release of helium-filled balloons, the University exposes the public to potential health and safety hazards at the disposal site in violation of 40 CFR § 257.3-8(d). Krause will add this violation to the relief that he seeks from the Court. Sixty days after you receive this supplemental notice, Krause will file the aforementioned citizen suit.

Sincerely,

Randall S. Krause

Randall S. Krause

cc:   Gina McCarthy, Administrator of the U.S. Environmental Protection Agency (EPA)
      Mark Hague, Regional Administrator for EPA Region 7
      David Haldeman, Nebraska Department of Environmental Quality Waste Management Division Administrator

Exhibit B



**Registered No.**
RA729899099US

| | |
|---|---|
| Reg. Fee $0.49 | Date Stamp |
| Handling Charge $12.20 | Return Receipt |
| Postage $2.80 $0.00 | Restricted Delivery |
| Received by $0.00 | |

MAR -5 2016

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

03/05/2016

OMAHA, NE 68108

**OFFICIAL USE**

FROM:
Randall S. Krause
604 S. 22nd St., Apt. 515
Omaha, NE 68102
68108

TO:
Dr. Hank M. Bounds, Pres.
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745

PS Form **3806**, **Receipt for Registered Mail** Copy 1 - Customer
January 2014 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com*®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Hank M. Bounds, Pres.
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745

9590 9403 0513 5173 4768 56

2. Article Number *(Transfer from service label)*

RA 729899099US

PS Form **3811**, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Nebraska - Lincoln
University Services
B. Received by *(Printed Name)*
1100 N. 17th St.

☐ Agent
☐ Addressee

C. Date of Delivery
3-7-16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
Lincoln, NE 68588-0690

MAR 7 2016

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Domestic Return Receipt**